## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN DIXON, | ) |
| | ) |
|                Plaintiff, | )    Case No. 1:23-cv-00788-GBW |
| | ) |
| v. | ) |
| | ) |
| SIGILON THERAPEUTICS, INC., ERIC | )    JURY TRIAL DEMANDED |
| SHAFF, ROBERT RUFFOLO, JR., | ) |
| ROGERIO VIVALDI COELHO, JOHN | ) |
| COX, KAVITA PATEL, DOUGLAS | ) |
| COLE, and STEPHEN OESTERLE, | ) |
| | ) |
|                Defendants. | ) |
| | ) |
| | ) |
| | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: August 10, 2023             **LONG LAW, LLC**

                     By:     */s/ Brian D. Long*
                              Brian D. Long (#4347)
                              3828 Kennett Pike, Suite 208
                              Wilmington, DE 19807
                              Telephone: (302) 729-9100
                              Email: BDLong@longlawde.com

                              *Attorneys for Plaintiff*